1 | Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
3 | Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com
5
6 | Attorneys for Plaintiffs,
UMG RECORDINGS, INC.;
7 | INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; WARNER
8 | BROS. RECORDS INC.; and ARISTA
RECORDS LLC
9

E-filing

10    UNITED STATES DISTRICT COURT
11    NORTHERN DISTRICT OF CALIFORNIA
      _____ DIVISION

CV 08 3999

RMW HRL

13 | UMG RECORDINGS, INC., a Delaware    CASE NO. _____
14 | corporation; INTERSCOPE RECORDS, a
California general partnership; SONY BMG    [PROPOSED] ORDER GRANTING
15 | MUSIC ENTERTAINMENT, a Delaware    PLAINTIFFS' APPLICATION FOR LEAVE
general partnership; WARNER BROS.    TO TAKE IMMEDIATE DISCOVERY
16 | RECORDS INC., a Delaware corporation; and
17 | ARISTA RECORDS LLC, a Delaware limited
liability company,
18
19 |            Plaintiffs,
20 |    v.
21 | JOHN DOE,
22 |            Defendant.
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No._____
#39435 v1

1  Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of
2  Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa
4  Cruz to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks documents that
5  identify Defendant, including the name, current (and permanent) address and telephone number, e-
6  mail address, and Media Access Control addresses for Defendant. The disclosure of this information
7  is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

DATED: _____    By: _____
                                     United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No._____
#39435 v1