Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.;
INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; WARNER
BROS. RECORDS INC.; and ARISTA
RECORDS LLC

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,

        Plaintiffs,

  v.

JOHN DOE,

        Defendant.

CASE NO. CV 08 3999

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#39428 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6    Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
7 publicly held French company.
8    Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French
9 company.
10    Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
11 by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
12 none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
13 latter of which is publicly traded in the United States.
14    Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music
15 Group Corp., which is publicly traded in the U.S.
16    Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, a
17 New York general partnership, which is not publicly traded.

19 Dated:   August 21, 2008         HOLME ROBERTS & OWEN LLP

21                                  By _____
                                       DAWNIELL ZAVALA
22                                     Attorney for Plaintiffs
                                       UMG RECORDINGS, INC.; INTERSCOPE
23                                     RECORDS; SONY BMG MUSIC
                                       ENTERTAINMENT; WARNER BROS.
24                                     RECORDS INC.; and ARISTA RECORDS LLC

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#39428 v1