AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559**<br><br>E-filing | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION       ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California   **RMW   HRL** |
|---|---|
| DOCKET NO. | DATE FILED |

**CV   08        3999**

| PLAINTIFF<br>UMG RECORDINGS, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT;<br>WARNER BROS. RECORDS INC.; and ARISTA RECORDS LLC | DEFENDANT<br><br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK | DATE<br>AUG 2 1 2008 |
|---|---|---|

*U.S.G.P.O. 1982-374-279

DISTRIBUTION:
1) Upon initiation of action,          2) Upon filing of document adding copyright(s),      3) Upon termination of action,
   mail copy to Register of Copyrights     mail copy to Register of Copyrights          mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

**EXHIBIT A**

**169.233.32.109 2008-05-15 12:48:11 EDT**

| IP Address: 169.233.32.109 2008-05-15 12:48:11 EDT | CASE ID# 169899713 |
|---|---|
| P2P Network: GnutellaUS | Total Audio Files: 184 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Fall Out Boy | I Slept With Someone In Fall Out Boy And All I Got Was This Stupid Song | From Under The Cork Tree | 371-909 |
| UMG Recordings, Inc. | Bon Jovi | It's My Life | Crush | 281-803 |
| Interscope Records | No Doubt | Just A Girl | Tragic Kingdom | 206-724 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Warner Bros. Records Inc. | Linkin Park | Breaking the Habit | Meteora | 346-247 |
| Arista Records LLC | Santana | Just Feel Better | All That I Am | 376-201 |
| UMG Recordings, Inc. | Kanye West | Family Business | College Dropout | 347-391 |